# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PATENT ARMORY INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:24-cv-00419-JRG |
| § | |
| MERCK KGAA, § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (the "Notice") filed by Plaintiff Patent Armory Inc. ("Plaintiff"). (Dkt. No. 15.) In the Notice, Plaintiff voluntarily dismisses the above-captioned case against Defendant Merck KGaA ("Defendant") pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id.* at 11.) Defendant has not yet answered the Complaint or moved for summary judgment. (*Id.*)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So Ordered this

Nov 18, 2024

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE